# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-24-00566-TUC-EJM |
| Plaintiff, | **ORDER** |
| v. | |
| One Glock 19 Generation 5, 9mm Caliber Pistol, Serial Number BZNB982, et al., | |
| Defendants. | |

On July 7, 2025, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") in which he recommended the Court grant the Government's Motion for Default Judgment for Forfeiture. (Doc. 16.) The Magistrate Judge informed the parties they had fourteen days to file objections and an additional fourteen days to respond. (*Id.* at 8.) No objections have been filed.

The Court has reviewed the Complaint for Forfeiture In Rem (Doc. 1), the Motion for Default Judgment for Forfeiture (Doc. 14), and Judge Markovich's R&R (Doc. 16). The Court finds the R&R well-reasoned and agrees with Judge Markovich's conclusions.

///
///
///
///
///
///

IT IS ORDERED Magistrate Judge Markovich's R&R is ADOPTED. (Doc. 16.) IT IS FURTHER ORDERED GRANTING the Government's Motion for Default Judgment for Forfeiture. (Doc. 16.) All right, title, and interest in the defendant firearm, magazine, and ammunition is hereby condemned, forfeited to, and vested in the United States of America and shall be delivered to the custody of the Drug Enforcement Administration or the United States Marshals Service for disposition according to law.

Dated this 4th day of August, 2025.

_____
Honorable Raner C. Collins
Senior United States District Judge